# AFFIDAVIT OF SPECIAL AGENT DALE C. CRISPIN IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, Dale C. Crispin, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.  I have been a Special Agent with the Homeland Security Investigations (HSI) since April 2021.  I am assigned to the HSI New England Human Trafficking group. My responsibilities include the investigation of possible violations of federal law, including, among others, sex trafficking, kidnapping, and other crimes against children.  I attended and graduated from the six-month Criminal Investigator Training Program (CITP) at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia. I was formerly employed as a police officer in the State of Vermont for approximately eight years. I spent six years on patrol and two years assigned to the Bureau of Criminal Investigations as a Detective. In connection with my duties as a police officer, I either authored or assisted in hundreds of search warrants and criminal arrests. Prior to becoming a police officer, I graduated from college with a bachelor's degree in criminal justice. My investigations have included the use of surveillance techniques and the execution of search, seizure, and arrest warrants.

2.  I am currently investigating David WALKER and others for the robberies and attempted robberies of five convenience stores in Massachusetts in October 2023 in violation of 18 U.S.C. § 1951 ("Hobbs Act Robberies"); sex trafficking by force, fraud, and coercion in violation of 18 U.S.C. § 1591(a)(1) and (b)(1); transporting an individual in interstate commerce with intent that such individual engage in prostitution in violation of 18 U.S.C. § 2421 ("Mann Act"), and using or possessing a firearm in connection with a crime of violence in violation of 18 U.S.C. § 924(c) (together, "the Target Offenses").

3.	I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook account identified by Facebook User ID 100093653893504 and username "DAYDAY Trustnone" and other data associated with this account ("the Target Facebook account"), believed to belong to WALKER, that is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc. ("Meta"), a company headquartered in Menlo Park, California.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Meta to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the account.

4.	The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.	Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of the Target Offenses have been committed by WALKER and others.  There is also probable cause to search the information described in Attachment A for evidence of these crimes, as described in Attachment B.

## PROBABLE CAUSE TO BELIEVE A CRIME WAS COMMITTED

6.	On September 17, 2024, a grand jury indicted WALKER for the Target Offenses. Case No. 24-CR-10291-DLC-AK. As set forth in the Indictment (ECF No. 1), and in a prior search warrant affidavit I submitted in connection with this investigation (Case No. 24-1389-DLC, attached hereto as Exhibit 1 and incorporated by reference), there is probable cause to believe that WALKER robbed four, and attempted to rob a fifth, 7-Eleven store in

Massachusetts. In all five of these robberies, another individual was with WALKER and assisted him in the robbery. *See* Exhibit 1. A summary chart of the robberies is below:

| Date | 7-Eleven Location | Persons Involved and Other Details |
|---|---|---|
| 10/08/2023 | 7 Spring Street<br>West Roxbury (Boston) | • Unknown individual 1 assisted in the robbery<br>• Victim 1 was driver<br>• Firearm used<br>• ~$600 stolen |
| 10/13/2023 | 2245 Massachusetts Ave<br>Cambridge | • Unknown individual 2 assisted in the robbery<br>• Victim 1 was driver<br>• ~$800-$900 stolen |
| 10/16/2023 | 650 Mt Auburn St<br>Watertown | • Victim 1 assisted in the robbery<br>• ~$600 plus lottery tickets stolen |
| 10/20/2023 | 280 Main Street<br>Everett | • Victim 1 assisted in the robbery<br>• Attempted robbery |
| 10/23/2023 | 2 Tarbell Street<br>Pepperell | • Unknown individual 3 assisted in the robbery<br>• Victim 1 was driver<br>• ~$400 stolen |

7. Victim 1 testified in grand jury that she did not know the individuals who assisted in the West Roxbury, Cambridge, and Pepperell robberies, and was not told their names. She further testified that it was three different individuals who assisted in those three robberies.

8. As reflected in the Indictment, in addition to the robberies, the grand jury also found probable cause to believe WALKER trafficked Victim 1 for sex with force, fraud, or coercion, that he coerced her to travel across state lines for the purpose of prostitution, and that he used a gun in a crime of violence.

## BACKGROUND ON FACEBOOK

9. Meta owns and operates Facebook, a free-access social networking website that can be accessed at http://www.facebook.com. Facebook users can use their accounts to share

3

communications, news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

10. Meta asks Facebook users to provide basic contact and personal identifying information either during the registration process or thereafter. This information may include the user's full name, birth date, gender, e-mail addresseses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Each Facebook user is assigned a user identification number and can choose a username.

11. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

12. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

13. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

14. Facebook users can upload photos and videos to be posted on their Wall, included in chats, or for other purposes. Users can "tag" other users in a photo or video, and can be tagged by others. When a user is tagged in a photo or video, he or she generally receives a notification of the tag and a link to see the photo or video.

15. Facebook users can use Facebook Messenger to communicate with other users via text, voice, video. Meta retains instant messages and certain other shared Messenger content unless deleted by the user, and also retains transactional records related to voice and video chats. of the date of each call. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

16. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

17. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

18. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

19. Facebook has a "Facebook Live" feature that allows users to broadcast live videos to their Page, group, profile, or event via the Facebook app on their mobile device or by using a camera and streaming software (also referred to as an encoder).[1] Users can download their Facebook live videos to a computer after the stream has ended, if they haven't deleted the video. Once the live stream has ended the video will automatically post to the user's timeline and save to their Facebook video library.[2]

20. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

21. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

---

[1]  *See* https://www.facebook.com/formedia/tools/facebook-live.

[2]  *See* https://www.facebook.com/help/248731546323140.

22. In addition to the applications described above, Meta provides users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

23. Meta also retains records of which IP addresses were used by an account to log into or out of Facebook, as well as IP address used to take certain actions on the platform. For example, when a user uploads a photo, the user's IP address is retained by Meta along with a timestamp.

24. Meta retains location information associated with Facebook users under some circumstances, such as if a user enables "Location History," "checks-in" to an event, or tags a post with a location.

25. Social networking providers like Meta typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Meta about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Meta typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

26. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element

or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Meta, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Meta logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, location information retained by Meta may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

27. Therefore, the servers of Meta are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and

their use of Facebook, such as account access information, transaction information, and other account information.

### PROBABLE CAUSE THAT THE WALKER FACEBOOK ACCOUNT CONTAINS FRUITS, EVIDENCE, OR INSTRUMENTALITIES OF A CRIME

28. I have probable cause to believe that the Target Facebook Account belongs to and is used by WALKER, and that it contains evidence of the Target Offenses.

**The Target Facebook Account Belongs to, and Was Used by, David WALKER**

29. Records from Meta show that the Target Facebook Account has been active since June 17, 2023. Victim 1 told HSI that WALKER's Facebook Account was "DAYDAY Trustnone" which is the username of the Target Facebook Account.

30. The "profile photo" for the Target Facebook Account (available using open-source research) matches known photos of David WALKER. Below are two photos. The photo on the left is the Target Facebook Account's profile photo. The photo on the right is a photo of WALKER from the Massachusetts Registry of Motor Vehicles. I believe these are the same person, David WALKER.




9

31.  Numerous other photos that appear in the Target Facebook Account also appear to be of WALKER. For example, open source research shows the following photos visible within the Target Facebook Account:



32.  WALKER was arrested and detained on related charges in Middlesex County on October 24, 2023 and has been in jail since that date. Records from Meta generated on August 28, 2024 indicate that the Target Facebook Account was last accessed on October 18, 2023 and there have been no logins to the account since that date.

33. Records from Meta indicate that the phone number 857-230-7033 ("the 7033 phone number") was used to verify the Target Facebook Account on June 17, 2023. Records from T-Mobile indicate that the subscriber of the 7033 phone number from June 17, 2023 through November 8, 2023 was Sonji Strothers, and the Customer Name associated with the 7033 phone number for that same time period was "D W", which I know to be WALKER's initials.

34. The 7033 phone number is not the same phone number that WALKER was using in September and October 2023 when he was trafficking Victim 1. I still believe that the Target Facebook Account belongs to and was used by WALKER, based on all of the information set forth in paragraphs 29-33 above.

35. On July 31, 2024 a request was submitted under 18 U.S.C. § 2703(d) via the law enforcement portal that the company preserve all records associated with the WALKER Facebook Account.

**The WALKER Facebook Account Contains Fruits, Evidence, or Instrumentalities**

36. Victim 1 stated that she did not know WALKER before he used the Target Facebook Account to locate her account, initiate contact with her, and "Friend" her on or around September 3, 2023.

37. Victim 1 further disclosed that WALKER used the Target Facebook Account to locate her, send her a Friend request, and send messages to her before they met in person and he began victimizing her.

38. Based on my training and experience, and information provided to me by other agents, I know that people involved in sex trafficking frequently use computer equipment and other electronic devices, including cell phones and tablets, to carry out, communicate about, and

store records regarding their daily activities and the activities of their co-conspirators, victims and to further their criminal activity related to human trafficking. These tasks are frequently accomplished through sending and receiving text messages, e-mail, instant messages, and other forms of phone or internet-based messaging applications or other social media applications, including but not limited to using Facebook to recruit and maintain victims and communicate with customers (a/k/a "dates") and co-conspirators.

39. Also based on my training, experience and information provided to me by other investigators, I know that individuals involved in sex trafficking frequently messaging applications such as Facebook, to communicate with co-conspirators, clients and victims, to maintain a contact list of names and other contact information for clients and victims.

40. Second, Victim 1 testified that WALKER used the WALKER Facebook Account to "show off" after committing robberies, for example putting a video of him counting money that he stole on Facebook Live.

41. Publicly available portions of the WALKER Facebook account show numerous pictures of WALKER posing in different positions. Along with the numerous photographs of WALKER, there are several videos publicly available which depict WALKER smoking marijuana.

42. Based on my training and experience, I am aware that a common practice of those engaged in violent crime and/or illegally possess firearms, to communicate and connect in order to act in concert to commit various crimes. These crimes include violent crimes (such as murders and robberies), drug trafficking, financial crimes, and firearms crimes. From my training and experience, I am also aware that these same individuals will often post pictures and videos related to these crimes on social media as a way to increase their status in the criminal

community. They will also utilize the messaging capability on social media applications to facilitate their illegal activities, including by communicating with others before, during, and after the commission of crimes to organize themselves, set up meeting times, and cover up their crimes.

43. Similarly, I know that people who are involved in the firearm-related crimes will use their social media applications in order to communicate/coordinate their activities and share information about the transfer and possession of shared firearms, or "community guns." Investigators have observed that individuals engaged in firearm related illegal activity have increasingly begun to use social media applications as the preferred method due to its convenience as well as the mitigation of risk in being detected by law enforcement in street level surveillance efforts.

## **LEGAL AUTHORITY**

44. The government may obtain both electronic communications and subscriber information by obtaining a search warrant. 18 U.S.C. §§ 2703(a), 2703(c)(1)(A).

45. Any court with jurisdiction over the offense under investigation may issue a search warrant under 18 U.S.C. § 2703(a), regardless of the location of the Internet company whose information will be searched. 18 U.S.C. § 2703(b)(1)(A). Furthermore, unlike other search warrants, § 2703 warrants do not require an officer to be present for service or execution of the search warrant. 18 U.S.C. § 2703(g). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Meta. Because the warrant will be served on Meta, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

## CONCLUSION

46. Based on the foregoing, I have probable cause to believe that David WALKER and others violated the Target Offenses, and that the Target Facebook Account (described in Attachment A) contains fruits, evidence, and instrumentalities of those crimes (described in Attachment B).

Respectfully submitted,

_____
Dale C. Crispin
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on by telephone October 15, 2024

_____
DONALD L. CABELL
UNITED STATES CHIEF MAGISTRATE JUDGE

